UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMAN JOHN CRAIG,<br><br>Petitioner,<br><br>v.<br><br>GEORGE ESKIN, et al.,<br><br>Respondents. | No. 2:21-cv-01116 GGH P<br><br><br><br>ORDER |

Petitioner, a county inmate proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has not paid the filing fee or submitted a request to proceed in forma pauperis.

The application attacks a conviction issued by the Santa Barbara Superior Court. ECF No. 1 at 2. While both this court and the United States District Court in the district where petitioner was convicted have jurisdiction, see Braden v. 30th Judicial Circuit Court, 410 U.S.

////
////
////
////
////
////

1

484 (1973), any and all witnesses and evidence necessary for the resolution of petitioner's application are more readily available in Santa Barbara County. Id. at 499 n.15; 28 U.S.C. § 2241(d).

Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that this matter is transferred to the United States District Court for the Central District of California.

Dated: July 12, 2021

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE