JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMAN JOHN CRAIG,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>GEORGE ESKIN, et al.,<br><br>　　　　Respondents. | CASE NO. 2:21-cv-5677-DSF (SK)<br><br>**JUDGMENT** |

　　Pursuant to the Order Dismissing Petition, **IT IS ADJUDGED** that the petition for writ of habeas corpus is dismissed without leave to amend and that this action is dismissed with prejudice.

DATED: August 10, 2021

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE